UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILMA ROMAN,                                              :

                    Plaintiff,                      :

          - against -                               :

LOCAL 210 INTERNATIONAL BROTHERHOOD OF     :
TEAMSTERS; NELSON NUNEZ,                            :

                 Defendant.                   :
------------------------------------------------------------------------X

**NOTICE OF MOTION**

Docket No. 05-CV-4068

PLEASE TAKE NOTICE that upon the attorney affidavit of Justin M. Cordello, and the exhibits annexed thereto, including the complaint in this action, Local 210 International Brotherhood of Teamsters and Nelson Nunez, Defendants herein, by their attorneys Raab, Sturm & Goldman, LLP, will move this Court before the Honorable Harold Baer, Jr., United States District Judge, at the United States District Courthouse, 500 Pearl Street, Courtroom 23B, New York, New York 10007, at 9:30 a.m. on the 5th day of July, 2005, or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint, on the ground that the Complaint fails to state a claim upon which relief may be granted, and for such other and further relief as the Court deems just and proper.

1

Answering papers, if any shall be served no later than five days prior to the return date of this motion.

Dated: New York, New York
         June 14, 2005

RAAB, STURM & GOLDMAN, LLP

By:  _____

Justin M. Cordello (JC-3179)
*Attorney for Defendant*
330 Madison Avenue, Suite 2010
New York, New York 10017
Tel. (212) 683-6699

TO:    Wilma Roman, *Pro Se*
       2102 Wallace Avenue, Apt. 1-C
       Bronx, New York 10462
       Tel. (646) 342-0420